IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:96-cr-00021-MP

LORENZO ATKINS,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 60, Motion to Continue Revocation Hearing filed by Lorenzo Atkins. A telephone hearing was held on the matter on Friday, November 4, 2005. The Government indicated that it did not object to continuing the hearing. Accordingly, Defendant's motion is hereby GRANTED. Defendant's revocation hearing is hereby rescheduled to Friday, December 9, 2005, at 10:00 a.m.

**DONE AND ORDERED** this  *8th*  day of November, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge