IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:96-cr-00021-MP

LORENZO ATKINS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 67, Defendant's motion to continue his revocation hearing. A telephone hearing was held on this matter on Thursday, December 8, 2005. Defendant is currently under indictment in another pending case, and a psychiatric evaluation has been ordered. The Government does not object to this motion. Therefore, Defendant's motion to continue is granted. Defendant's revocation hearing is hereby rescheduled for Friday, February 17, 2006, at 9:30 a.m.

**DONE AND ORDERED** this   9th  day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge