IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:96-cr-00021-MP

LORENZO ATKINS,

   Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 71, Motion to Continue Revocation of Supervised Release Hearing, filed by Lorenzo Atkins.  A telephone hearing was held on this matter on Wednesday, February 15, 2006.  Defendant requests the continuance so that defendant's competency evaluation can be completed.  The Government does not object.  Accordingly, defendant's motion is GRANTED.  Defendant's revocation hearing is hereby rescheduled for Wednesday, April 5, 2006, at 1:30 p.m.

   **DONE AND ORDERED** this   *15th* day of February, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge